**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00306-CR

### KAREN PATRICIA BOWIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-81418-2011

## ORDER

The Court **GRANTS** appellant's May 7, 2014 request for an extension of time to file a pro se response to the extent that we **ORDER** that she file her response by **JULY 15, 2014**. If the response is not filed by the date, we will submit the appeal on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Karen Patricia Bowie, TDCJ No. 1839441, Crain Unit, 1401 State School Road, Gatesville, Texas 76599.

/s/     LANA MYERS
             JUSTICE